UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENE DIMOVICH,

        Plaintiff,        Case No. 2:09-cv-13922

vs.

                                      Hon. Denise Page Hood

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

        Defendant.
_____/

**ORDER AMENDING CAPTION,
DISMISSING COUNT II OF PLAINTIFF'S AMENDED
COMPLAINT, AND EXTENDING TIME TO RESPOND**

Upon the stipulation of parties filed with the United States District Court, Eastern District of Michigan, as docket no. [ 11 ] and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant Hartford Life and Accident Insurance Company ("Hartford") is the proper party to defend against Plaintiff's claim alleging that he was wrongfully denied long-term disability benefits pursuant to 29 U.S.C. §1132(a)(1)(B) in this action.

**IT IS FURTHER ORDERED,** that the caption shall be amended so that the named Defendant is reflected as "Hartford Life and Accident Insurance Company."

**IT IS FURTHER ORDERED** that **COUNT II** of Plaintiff's Amended Complaint [Docket No. 9] shall be dismissed with prejudice.

-2-

**IT IS FURTHER ORDERED** that Hartford shall have an extension of thirty (30) days, until Wednesday, January 6, 2010, within which to answer, move, or otherwise respond to the Amended Complaint in the above-captioned matter.

IT IS SO ORDERED this  18th  day of December, 2009.

s/ DENISE PAGE HOOD
U. S. DISTRICT JUDGE

#11774981 v1